In the Matter of Herman Martinowitz and Simon Freiman, Taxpayers of the City of New York, Appellants, v. Louis Schaffler, Respondent, Impleaded with Maynard N. Clement, State Commissioner of Excise, and Moses M. McKee, Special Deputy Commissioner of Excise, to Revoke and Cancel Liquor Tax Certificate No. 4,722, Issued September 23, 1910, to and Held by Said Louis Schaffler.— Judgment affirmed, with costs. No opinion.

Canavan Brothers Company, Respondent, v. Adolph M. Bendheim and Hyman D. Baker, Appellants.— Judgment and order affirmed, with costs. No opinion.

Patrick McKiernan, Appellant, v. White Hod Elevator Company, Respondent.— Judgment affirmed, with costs, on the authority of *McDonough* v. *Pelham Hod Elevating Co.* (111 App. Div. 585). (Dowling, J., dissented; Ingraham, P. J., dissented on the ground that the defendant in installing the elevator as part of the machinery furnished an unsafe and improper rope or cable with which to operate it, and that for that negligence the defendant was liable.)

John D. Elwell & Company, Appellant, v. Acme Portland Cement Company, Respondent.— Order affirmed, with costs to respondent to abide event. No opinion.

The Ridgewood National Bank, Respondent, v. Edmund K. Stallo, Appellant, Impleaded with Another.— Order affirmed, with ten dollars costs and disbursements, with leave to defendants to withdraw demurrers and to answer on payment of costs in this court and in the court below. No opinion.

Hermann Grotheer and Rosie Sapiro, Copartners in Business under the Firm Name and Style of Grotheer & Sapiro, Respondents; v. Fred Schierenbeck, Appellant.— Judgment and order affirmed, with costs. No opinion.

Seelye Benedict and Others, Respondents, v. Security Insurance Company, Appellant.— Judgment affirmed, with costs, on the authority of *Benedict* v. *Security Ins. Co.* (147 App. Div. 810).

Guilford Dudley, as Ancillary Administrator, etc., of Semantha V. Dudley, Deceased, Appellant, v. Harry Raymond, Respondent.— Judgment and order affirmed, with costs, on the authority of *Dudley* v. *Raymond* (148 App. Div. 886). (Ingraham, P. J., dissented.)

Edward E. Tull, Respondent, v. Marian Avery Barrett, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer upon payment of costs in this court and in the court below. No opinion.

William Keller, as Administrator, etc., of Frank Keller, Deceased, Respondent, v. New York House Wrecking Company, Appellant.— Judgment and order affirmed, with costs. No opinion.

The People of the State of New York, Respondent, v. Frank Parisi, Appellant, Impleaded, etc.— Judgment affirmed. No opinion.

Surplus Assets Company, Respondent, v. Frank A. Lane, Appellant.— Judgment and order affirmed, with costs. No opinion.

Suburban Land Improvement Company, Respondent, v. The Bankers' Surety Company, Appellant, Impleaded with Others.—Judgment affirmed, with costs. No opinion.